UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| Vernon Augustus Guion,<br><br>        Plaintiff,<br><br>v.<br><br>Ray Mabus, *Secretary of the Navy*,<br><br>        Defendant. | **JUDGMENT**<br><br>4:14-CV-88-BR |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant's motion to dismiss, (DE # 13), is GRANTED, and plaintiff's motion to dismiss defendant's motion to dismiss, (DE # 16), is DENIED.

This action is DISMISSED and this case is closed.

**This judgment filed and entered on March 21, 2016, and served on:**

Matthew Lee Fesak (via CM/ECF Notice of Electronic Filing)
Vernon Augustus Guion (via US Mail at 2815 Neuse Blvd, New Bern, NC 28562)

March 21, 2016

JULIE RICHARDS JOHNSTON, CLERK

_____
By: Deputy Clerk